2-751166
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,



Plaintiff,

- against -

TROPICAL FOOD SALES, INC.,

Defendant.
------------------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY .

APR 3 0 2007

Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES,
INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE &
ASSOCIATES, as and for its Complaint against defendant TROPICAL FOOD
SALES, INC., in personam, in a cause of action civil and maritime, alleges upon
information and belief:

1.  This is an admiralty and maritime claim within the meaning of Rule
9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of
1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of
Lading.

2.  At all times hereinafter mentioned, plaintiff ZIM INTEGRATED
SHIPPING SERVICES, INC. was and still is a corporation duly organized and
existing under the laws of the State of Delaware with offices and a place of business
at 5801 Lake Wright Drive, Norfolk, VA 23502.

3.  Upon information and belief and at all times hereinafter mentioned,
defendant had and now has the legal status and place of business as set forth in
Schedule A.

4.  On or about the dates and at the ports of shipment stated in
Schedule A, certain goods were delivered to plaintiff to be carried to the ports of
destination and at the agreed charges to be paid by defendant pursuant to plaintiff's
public tariff.

5.  Thereafter, the said goods were transported to the ports of

destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $19,871.50 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $19,871.50 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
         April 27, 2007

                    LAW OFFICES OF
                    ALBERT J. AVALLONE & ASSOCIATES


            By_____
                    Albert J. Avallone - AA1679
                    Attorneys for Plaintiff
                    ZIM AMERICAN INTEGRATED
                     SHIPPING SERVICES, INC.
                    551 Fifth Avenue, Suite 1625
                    New York, NY 10176
                    (212) 696-1760

I. Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant TROPICAL FOOD SALES, INC. was and still is a corporation organized and existing under the laws of the State of Massachusetts, with offices and a place of business at 7 Lily St., Siasconset, MA 02564.

II. Particulars:

1. Bill of Lading No. ZIMUORF80069, dated October 28, 2004, from New Orleans to Kingston the Vessel ZIM MEXICO III, one (1) Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit A).

Amount Paid: $0                    Amount Due: $162.40

2. Bill of Lading No. ZIMUORF80992, dated November 4, 2004, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit B).

Amount Paid: $0                    Amount Due: $162.40

3. Bill of Lading No. ZIMUORF80733, dated November 4, 2004, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $165.78 (Exhibit C).

Amount Paid: $0                    Amount Due: $165.78

4. Bill of Lading No. ZIMUORF80728, dated November 4, 2004, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $165.78 (Exhibit D).

Amount Paid: $0                    Amount Due: $165.78

5. Bill of Lading No. ZIMUORF80731, dated November 4, 2004, from New Orlenas to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $165.78 (Exhibit E).

Amount Paid: $0                    Amount Due: $165.78

6. Bill of Lading No. ZIMUORF81691, dated November 9, 2004, from New Orleans to Kingston on the Vessel ZIM CARIBE IV, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit F).

Amount Paid: $0                    Amount Due: $162.40

7. Bill of Lading No. ZIMUORF81683, dated November 9, 2004, from New Orleans to Kingston on the Vessel ZIM CARIBE IV, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit G).

Amount Paid: $0                    Amount Due: $162.40

8. Bill of Lading No. ZIMUORF81700, dated November 9, 2004, from New Orleans to Kingston on the Vessel ZIM CARIBE IV, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit H).

Amount Paid: $0                    Amount Due: $162.40

9. Bill of Lading No. ZIMUORF83352, dated November 28, 2004, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit I).

Amount Paid: $0                    Amount Due: $162.40

10. Bill of Lading No. ZIMUORF82568, dated November 28, 2004, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $165.78 (Exhibit J).

Amount Paid: $0                    Amount Due: S165.78

11. Bill of Lading No. ZIMUORF84483, dated November 28, 2004, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit K).

Amount Paid: $0                    Amount Due: $162.40

12. Bill of Lading No. ZIMUORF84486, dated November 28, 2004, from New Orleans to Kingston on the Vessel ZIM HOUSTON III. one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of S162.40 (Exhibit L).

Amount Paid: $0                    Amount Due: S162.40

13. Bill of Lading No. ZIMUORF83463, dated November 28, 2004, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $62.40 (Exhibit M).

Amount Paid: $0                    Amount Due: $62.40

14. Bill of Lading No. ZIMUORF84487, dated November 28, 2004, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit N).

Amount Paid: $0                    Amount Due: $162.40

15. Bill of Lading No. ZIMUORF84633, dated December 20, 2004, from New Orleans to Kingston on the Vessel WESTERKADE, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $62.40 (Exhibit O).

Amount Paid: $0                    Amount Due: $62.40

16. Bill of Lading No. ZIMUORF84637, dated December 20, 2004, from New Orleans to Kingston on the Vessel WESTERKADE, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $62.40 (Exhibit P).

Amount Paid: $0                    Amount Due: $62.40

17. Bill of Lading No. ZIMUORF84625, dated December 20, 2004, from New Orleans to Kingston on the Vessel WESTERKADE, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $62.40 (Exhibit Q).

Amount Paid: $0                    Amount Due: $62.40

18. Bill of Lading No. ZIMUORF86351, dated December 24, 2004, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit R).

Amount Paid: $0                    Amount Due: $162.40

19. Bill of Lading No. ZIMUORF86350, dated December 24, 2004, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit S).

Amount Paid: $0                    Amount Due: $162.40

20. Bill of Lading No. ZIMUORF86268, dated December 24, 2004, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit T).

Amount Paid: $0                    Amount Due: $162.40

21. Bill of Lading No. ZIMUORF86722, dated January 2, 2005, from New Orleans to Kingston on the Vessel ZIM CARIBE IV, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit U).

Amount Paid: $0                    Amount Due: $162.40

22. Bill of Lading No. ZIMUORF86724, dated January 2, 2005, from New Orleans to Kingston on the Vessel ZIM CARIBE IV, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit V).

Amount Paid: $0                    Amount Due: $162.40

23. Bill of Lading No. ZIMUORF87388, dated January 2, 2005, from New Orleans to Kingston on the Vessel ZIM CARIBE IV, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit W).

Amount Paid: $0                    Amount Due: $162.40

24. Bill of Lading No. ZIMUORF87394, dated January 2, 2005, from New Orleans to Kingston on the Vessel ZIM CARIBE IV, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit X).

Amount Paid: $0                         Amount Due: $162.40

25. Bill of Lading No. ZIMUORF87396, dated January 2, 2005, from New Orleans to Kingston on the Vessel ZIM CARIBE IV, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit Y).

Amount Paid: $0                         Amount Due: $162.40

26. Bill of Lading No. ZIMUORF86719, dated January 2, 2005, from New Orleans to Kingston on the Vessel ZIM CARIBE IV, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit Z).

Amount Paid: $0                         Amount Due: $162.40

27. Bill of Lading No. ZIMUORF87399, dated January 12, 2005, from New Orleans to Kingston on the Vessel PFB, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2A).

Amount Paid: $0                         Amount Due: $162.40

28. Bill of Lading No. ZIMUORF87864, dated January 12, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $62.40 (Exhibit 2B).

Amount Paid: $0                         Amount Due: $62.40

29. Bill of Lading No. ZIMUORF87865, dated January 12, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2C).

Amount Paid: $0                    Amount Due: $162.40


30. Bill of Lading No. ZIMUORF89144, dated January 15, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $62.40 (Exhibit 2D).

Amount Paid: S0                    Amount Due: S62.40


31. Bill of Lading No. ZIMUORF89149, dated January 15, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $62.40 (Exhibit 2E).

Amount Paid: $0                    Amount Due: $62.40


32. Bill of Lading No. ZIMUORF89863, dated January 31, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2F).

Amount Paid: S0                    Amount Due: $162.40


33. Bill of Lading No. ZIMUORF89864, dated January 31, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2G).

Amount Paid: S0                    Amount Due: $162.40

34.  Bill of Lading No. ZIMUORF89765, dated January 31, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2H).

Amount Paid: $0                    Amount Due: $162.40

35.  Bill of Lading No. ZIMUORF89754, dated January 31, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2I).

Amount Paid: $0                    Amount Due: $162.40

36.  Bill of Lading No. ZIMUORF90455, dated February 5, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2J).

Amount Paid: $0                    Amount Due: $162.40

37.  Bill of Lading No. ZIMUORF90834, dated February 5, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2K).

Amount Paid: $0                    Amount Due: $162.40

38.  Bill of Lading No. ZIMUORF90840, dated February 5, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2L).

Amount Paid: $0                    Amount Due: $162.40

39.  Bill of Lading No. ZIMUORF90453, dated February 5, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of S162.40 (Exhibit 2M).

Amount Paid: $0                    Amount Due: $162.40

40.  Bill of Lading No. ZIMUORF91412, dated February 13, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of S162.40 (Exhibit 2N).

Amount Paid: $0                    Amount Due: $162.40

41.  Bill of Lading No. ZIMUORF91413, dated February 13, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $312.40 (Exhibit 2O).

Amount Paid: S144.00                Amount Due: S168.40

42.  Bill of Lading No. ZIMUORF90944, dated February 13, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of S102.40 (Exhibit 2P).

Amount Paid: $0                    Amount Due: S102.40

43.  Bill of Lading No. ZIMUORF91414, dated February 13, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2Q).

Amount Paid: $0                    Amount Due: $162.40

44. Bill of Lading No. ZIMUORF91805, dated February 19, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $168.40 (Exhibit 2R).

Amount Paid: $0                         Amount Due: $168.40


45. Bill of Lading No. ZIMUORF91799, dated February 19, 2005, from New Orleans to Kingston on the Vessel CFS PANPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2S).

Amount Paid: $0                         Amount Due: $162.40


46. Bill of Lading No. ZIMUORF91800, dated February 19, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2T).

Amount Paid: $0                         Amount Due: $162.40


47. Bill of Lading No. ZIMUORF91803, dated February 19, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $168.40 (Exhibit 2U).

Amount Paid: S0                         Amount Due: S168.40


48. Bill of Lading No. ZIMUORF92590, dated February 28, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2V).

Amount Paid: $0                         Amount Due: S162.40

49.  Bill of Lading No. ZIMUORF92592, dated February 28, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2W).

Amount Paid: S0                          Amount Due: S162.40

50.  Bill of Lading No. ZIMUORF92531, dated February 28, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2X).

Amount Paid: S0                          Amount Due: $162.40

51.  Bill of Lading No. ZIMUORF92588, dated February 28, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2Y).

Amount Paid: $0                          Amount Du: $162.40

52.  Bill of Lading No. ZIMUORF93749, dated March 6, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 2Z).

Amount Paid: $0                          Amount Due: $162.40

53.  Bill of Lading No. ZIMUORF93753, dated March 6, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (EXHIBIT 3A).

Amount Paid: S0                          Amount Due: $162.40

54.  Bill of Lading No. ZIMUORF93890, dated March 6, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3B).

Amount Paid: $0                    Amount Due: $162.40

55.  Bill of Lading No. ZIMUORF93892, dated March 6, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3C).

Amount Paid: $0                    Amount Due: $162.40

56.  Bill of Lading No. ZIMUORF93889, dated March 13, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3D).

Amount Paid: $0                    Amount Due: $162.40

57.  Bill of Lading No. ZIMUORF94110, dated March 13, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3E).

Amount Paid: $0                    Amount Due: $162.40

58.  Bill of Lading No. ZIMUORF94320, dated March 13, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3F).

Amount Paid: $0                    Amount Due: $162.40

59.  Bill of Lading No. ZIMUORF94324, dated March 13, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3G).

Amount Paid: S0                     Amount Due: $162.40


60.  Bill of Lading No. ZIMUORF94713, dated March 20, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3H).

Amount Paid: $0                     Amount Due: $162.40


61.  Bill of Lading No. ZIMUORF95606, dated March 20, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of S162.40 (Exhibit 3I).

Amount Paid: S0                     Amount Due: S162.40


62.  Bill of Lading No. ZIMUORF94712, dated March 20, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $168.40 (Exhibit 3J).

Amount Paid: $0                     Amount Due: S168.40


63.  Bill of Lading No. ZIMUORF94711, dated March 20, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of S162.40 (Exhibit 3K).

Amount Paid: $0                     Amount Due: S162.40

64. Bill of Lading No. ZIMUORF95767, dated March 27, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3L).

Amount Paid: $0                    Amount Due: $162.40

65. Bill of Lading No. ZIMUORF95764, dated March 27, 2005, from New Orleans to Kingston on the Vessel PBF, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3M).

Amount Paid: $0                    Amount Due: $162.40

66. Bill of Lading No. ZIMUORF97257, dated April 10, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3N).

Amount Paid: $0                    Amount Due: $162.40

67. Bill of Lading No. ZIMUORF97664, dated April 10, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3O).

Amount Paid: $0                    Amount Due: $162.40

68. Bill of Lading No. ZIMUORF97667, dated April 10, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3P).

Amount Paid: $0                    Amount Due: $162.40

69. Bill of Lading No. ZIMUORF98048, dated April 14, 2005, from New Orleans to Kingston on the Vessel WESTERKADE, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3Q).

Amount Paid: $0                    Amount Due: $162.40

70. Bill of Lading No. ZIMUORF98415, dated April 14, 2005, from New Orleans to Kingston on the Vessel WESTERKADE, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $100.00 (Exhibit 3R).

Amount Paid: $0                    Amount Due: $100.00

71. Bill of Lading No. ZIMUORF99148, dated April 24, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3S).

Amount Paid: $0                    Amount Due: $162.40

72. Bill of Lading No. ZIMUORF99149, dated April 24, 2005, from New Orleans to Kingston on the Vessel CFS PAMPLONA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3T).

Amount Paid: $0                    Amount Due: $162.40

73. Bill of Lading No. ZIMUORF99874, dated April 28, 2005, from New Orleans to Kingston on the Vessel WESTERKADE, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3U).

Amount Paid: $0                    Amount Due: $162.40

74. Bill of Lading No. ZIMUORF99705, dated April 28, 2005, from New Orleans to Kingston on the Vessel WESTERKADE, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3V).

Amount Paid: $0                    Amount Due: $162.40

75. Bill of Lading No. ZIMUORF99885, dated April 28, 2005, from New Orleans to Kingston on the Vessel WESTERKADE, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3W).

Amount Paid: $0                    Amount Due: $162.40

76. Bill of Lading No. ZIMUORF100187, dated May 5, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3X).

Amount Paid: $0                    Amount Due: $162.40

77. Bill of Lading No. ZIMUORF100618, dated May 5, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3Y).

Amount Paid: $0                    Amount Due: $162.40

78. Bill of Lading No. ZIMUORF100629, dated May 5, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 3Z).

Amount Paid: $0                    Amount Due: $162.40

79. Bill of Lading No. ZIMUORF100185, dated May 5, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4A).

Amount Paid: $0                    Amount Due: $162.40

80. Bill of Lading No. ZIMUORF102317, dated May 19, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4B).

Amount Paid: $0                    Amount Due: $162.40

81. Bill of Lading No. ZIMUORF102321, dated May 19, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4C).

Amount Paid: $0                    Amount Due: $162.40

82. Bill of Lading No. ZIMUORF102325, dated May 19, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4D).

Amount Paid: S0                    Amount Due: $162.40

83. Bill of Lading No. ZIMUORF102319, dated May 28, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4E).

Amount Paid: S0                    Amount Due: $162.40

84.  Bill of Lading No. ZIMUORF103712, dated June 3, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4F).

Amount Paid: $0                          Amount Due: $162.40

85.  Bill of Lading No. ZIMUORF103715, dated June 3, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4G).

Amount Paid: $0                          Amount Due: $162.40

86.  Bill of Lading No. ZIMUORF103716, dated June 3, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4H).

Amount Paid: $0                          Amount Due: $162.40

87.  Bill of Lading No. ZIMUORF103711, dated June 13, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4I).

Amount Paid: $0                          Amount Due: $162.40

88.  Bill of Lading No. ZIMUORF105676, dated June 16, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4J).

Amount Paid: $0                          Amount Due: $162.40

89.   Bill of Lading No. ZIMUORF105718, dated June 16, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4K).

Amount Paid: $0                    Amount Due: $162.40

90.   Bill of Lading No. ZIMUORF105705, dated June 16, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4L).

Amount Paid: $0                    Amount Due: $162.40

91.   Bill of Lading No. ZIMUORF105717, dated June 16, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4M).

Amount Paid: $0                    Amount Due: $162.40

92.   Bill of Lading No. ZIMUORF105639, dated June 25, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4N).

Amount Paid: $0                    Amount Due: $162.40

93.   Bill of Lading No. ZIMUORF106045, dated June 25, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4O).

Amount Paid: $0                    Amount Due: $162.40

Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of S162.40 (Exhibit 4P).

Amount Paid: $0                          Amount Due: $162.40


95. Bill of Lading No. ZIMUORF106192, dated June 25, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4Q).

Amount Paid: $0                          Amount Due: $162.40


96. Bill of Lading No. ZIMUORF106869, dated July 3, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4R).

Amount Paid: $0                          Amount Due: $162.40


97. Bill of Lading No. ZIMUORF107257, dated July 3, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $164.80 (Exhibit 4S).

Amount Paid: $0                          Amount Due: $164.80


98. Bill of Lading No. ZIMUORF107258, dated July 3, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $164.80 (Exhibit 4T).

Amount Paid: $0                          Amount Due: $164.80

99.  Bill of Lading No. ZIMUORF107260, dated July 3, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of S164.80 (Exhibit 4U).

Amount Paid: $0                          Amount Due: $164.80


100.  Bill of Lading No. ZIMUORF108610, dated July 10, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4V).

Amount Paid: $0                          Amount Due: S162.40


101.  Bill of Lading No. ZIMUORF108380, dated July 10, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4W).

Amount Paid: S0                          Amount Due: $162.40


102.  Bill of Lading No. ZIMUORF107853, dated July 10, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4X).

Amount Paid: S0                          Amount Due: $162.40


103.  Bill of Lading No. ZIMUORF107850, dated July 10, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4Y).

Amount Paid: S0                          Amount Due: $162.40

104. Bill of Lading No. ZIMUORF109690, dated July 26, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 4Z).

Amount Paid: $0                          Amount Due: $162.40

105. Bill of Lading No. ZIMUORF109755, dated July 26, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $102.40 (Exhibit 5A).

Amount Paid: $0                          Amount Due: $102.40

106. Bill of Lading No. ZIMUORF209629, dated July 26, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 5B).

Amount Paid: $0                          Amount Due: $162.40

107. Bill of Lading No. ZIMUORF110455, dated July 30, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 5C).

Amount Paid: $0                          Amount Due: $162.40

108. Bill of Lading No. ZIMUORF110456, dated July 30, 2005, from New Orleans to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 5D).

Amount Paid: $0                          Amount Due: $162.40

109. Bill of Lading No. ZIMUORF112780, dated August 23, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 5E).

Amount Paid: $0                              Amount Due: $162.40


110. Bill of Lading No. ZIMUORF112784, dated August 23, 2005, from New Orleans to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.40 (Exhibit 5F).

Amount Paid: $0                              Amount Due: $162.40


111. Bill of Lading No. ZIMUORF122244, dated November 10, 2005, from Mobile to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $57.46 (Exhibit 5G).

Amount Paid: $0                              Amount Due: $57.46


112. Bill of Lading No. ZIMUORF122266, dated November 10, 2005, from Mobile to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $57.46 (Exhibit 5H).

Amount Paid: $0                              Amount Due: $57.46


113. Bill of Lading No. ZIMUORF123264, dated November 26, 2005, from Mobile to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $157.46 (Exhibit 5I).

Amount Paid: $0                              Amount Due: $157.46

114. Bill of Lading No. ZIMUORF126071, dated December 22, 2005, from Mobile to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $157.46 (Exhibit 5J).

Amount Paid: $0                    Amount Due: $157.46

115. Bill of Lading No. ZIMUORF126585, dated December 22, 2005, from Mobile to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $169.94 (Exhibit 5K).

Amount Paid: $0                    Amount Due: $169.94

116. Bill of Lading No. ZIMUORF126021, dated December 22, 2005, from Mobile to Kingston on the Vessel ZIM MEXICO IN, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $157.46 (Exhibit 5L).

Amount Paid: S0                    Amount Due: $157.46

117. Bill of Lading No. ZIMUORF133062, dated February 16, 2006, from Mobile to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $157.46 (Exhibit 5M).

Amount Paid: $0                    Amount Due: S157.46

118. Bill of Lading No. ZIMUORF133054, dated February 16, 2006, from Mobile to Kingston on the Vessel ZIM MEXICO III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $157.46 (Exhibit 5N).

Amount Paid: S0                    Amount Due: $157.46

119. Bill of Lading No. ZIMUORF143286, dated May 17, 2006, from Mobile to Kingston on the Vessel MIZAR, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $165.00 (Exhibit 5O).

Amount Paid: $0                    Amount Due: $165.00

120. Bill of Lading No. ZIMUORF144066, dated May 22, 2006, from Mobile to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $163.62 (Exhibit 5P).

Amount Paid: $0                    Amount Due: $163.62

121. Bill of Lading No. ZIMUORF145205, dated May 31, 2006, from Mobile to Kingston on the Vessel MIZAR, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $167.50 (Exhibit 5Q).

Amount Paid: $0                    Amount Due: $167.50

122. Bill of Lading No. ZIMUORF146964, dated April 27, 2006, from Mobile to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.10 (Exhibit 5R).

Amount Paid: $0                    Amount Due: $162.10

123. Bill of Lading No. ZIMUORF150318, dated July 7, 2006, from Mobile to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.10 (Exhibit 5S).

Amount Paid: $0                    Amount Due: $162.10

124. Bill of Lading No. ZIMUORF150286, dated July 15, 2006, from Mobile to Kingston on the Vessel MIZAR, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.10 (Exhibit 5T).

Amount Paid: $0                    Amount Due: S162.10

125. Bill of Lading No. ZIMUORF151054, dated July 21, 2006, from Mobile to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $102.30 (Exhibit 5U).

Amount Paid: $0                    Amount Due: $102.30

126. Bill of Lading No. ZIMUORF152285, dated July 21, 2006, from Mobile to Kingston on the Vessel ZIM HOUSTON III, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.10 (Exhibit 5V).

Amount Paid: $0                    Amount Due: $162.10

127. Bill of Lading No. ZIMUORF155932, dated August 19, 2006, from Mobile to Kingston on the Vessel ZIM TEXAS, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $100.00 (Exhibit 5W).

Amount Paid: S0                    Amount Due: $100.00

128. Bill of Lading No. ZIMUORF156713, dated August 22, 2006, from Mobile to Kingston on the Vessel ZIM TEXAS, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of S164.10 (Exhibit 5X).

Amount Paid: $0                    Amount Due: S164.10

129. Bill of Lading No. ZIMUORF159186, dated September 16, 2006, from Mobile to Kingston on the Vessel MIZAR, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $162.10 (Exhibit 5Y).

Amount Paid: $0                    Amount Due: $162.10

130. Bill of Lading No. ZIMUORF160851, dated September 29, 2006, from Mobile to Kingston on the Vessel ZIM AMERICA, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN CHICKEN BACKS, at the applicable tariff charge of $100.00 (Exhibit 5Z).

Amount Paid: $0                    Amount Due: $100.00

III. Total Amount Due: $19,871.50