United States of New York/Southern District of New York
Index No.07 CV 3404

Plaintiff:
ZIM AMERICAN INTEGRETED SHIPPING SERVICES INC.

vs.

Defendant:
TROPICAL FOOD SALES, INC.

I, JAMES TIGHE, do hereby affirm that on **May 14, 2007 at 10:20** am, I

**TROPICAL FOOD SALES, INC.**, was served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **PAUL CALDERON** (managing agent) at the address **7 LILY STREET, SIACONSET, MA 02564** and informed said person of the contents therein, in compliance with state statutes.

I, acknowledge I am over the 18 years old and I have no interest in this action and reside in Middleboro, MA 02346

JAMES TIGHE (Private Process Server)