2-751166
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

            Plaintiff,

-against-

TROPICAL FOOD SALES, INC.,

           Defendant.
------------------------------------X

07 Civ. 3404 (LAP)

NOTICE AND ORDER
OF DISMISSAL,
WITH PREJUDICE

PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
       July 2, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 689-1760

SO ORDERED:

_____
U.S.D.J.

July 3, 2007

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.